# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PERRY LEE THOMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2022-0799 and 4D2022-3377

[July 11, 2024]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden and Marina Garcia-Wood, Judges; L.T. Case No. 19008694CF10A.

Carey Haughwout, Public Defender, and Emily Ross-Booker, Special Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***